UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN D. CARPENTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:19-cv-282

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

Dated: July 8, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge